Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Michael Daniel Bowman

\# 3513672

*Your full name*

**STATE CIVIL RIGHTS COMPLAINT**
**PURSUANT TO 42 U.S.C. § 1983**

v.

Wexford Health Services,
Nurse Lacey, James Gray,
Northern Regional Jail, and the
WVa. Division of Corrections and Rehabilitation

(Lacey Morgan is her last name)

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 5:24-cv-229
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
**FILED** Prince

DEC 1 3 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

## I.    JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your Name:  Michael Daniel Bowman

         Inmate No.:  3513672

         Address:  112 N. Regional Drive, Moundsville, WV 26041

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

   B.    Name of Defendant:  Wexford Health Sources/Services

Attachment A

Position: Health Service the Department of Rehabilitation and Corrections / Northern Regional Jails, use for medical [

Place of Employment: Northern Regional Correctional Complex / Jail

Address: 112 N. Regional Drive, Moundsville, WV, 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☒ Yes      ☐ No

If your answer is "YES," briefly explain: The State of West Virginia has delegated its Constitutional Duty to provide adequate medical treatment for its inmates and prisoners, (West v Atkins, 487 US 42 (1988)) to the Defendants in this case

B.1     Name of Defendant: Nurse Practitioner Lacey Morgan

Position: Nurse Practitioner, Head of the M.A.T. Program

Place of Employment: Northern Regional Jail

Address: 112 N. Regional Dr., Moundsville, WV, 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☒ Yes      ☐ No

If your answer is "YES," briefly explain: Again, the State of West Virginia has delegated its Constitutional Duty to provide adequate medical treatment to its inmates and prisoners, (West v Atkins, 487 US 42 (1988)) to the Defendants in this case.

B.2     Name of Defendant: James Gray

Position: Medical Administration

Place of Employment: Northern Regional Jail

Address: 112 N. Regional Drive, Moundsville, WV, 26041

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: Again, the State of West Virginia has delegated Constitutional Duty to provide adequate medical treatment to its inmates and prisoners, (West v Atkins, 487 US 42 (1988) to the Defendants in this case.

B.3    Name of Defendant: Northern Regional Jail

Position: County Jail holding petitioner for the State

Place of Employment: For Marshall County, WV

Address: 112 N. Regional Jail Drive, Moundsville, WV, 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: The State of WVa has delegated its Constitutional Duty to provide adequate medical treatment to its inmates and prisoners, (West v Atkins, 487 US 42 (1988). to the Defendants in this case.

B.4    Name of Defendant: WVa Division of Corrections and Rehabilitation

Position: State Entity that has custody of Petitioner, Wexford's employer

Place of Employment: Moundsville, Marshall Co., W.Va.

Address: 112 N. Regional Dr, Moundsville, WV 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: The WVa Division of Corr. and Rehab. is the State Entity who'd delegated it Const.

Attachment A

Duty to provide adequate medical care for Petitioner, **to** to Wexford Health Services

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

III.   <u>PLACE OF PRESENT CONFINEMENT</u>

Name of Prison/Institution: Northern Correctional Complex/Jail

A.   Is this where the events concerning your complaint took place?
☒ Yes    ☐ No

If you answered "NO," where did the events occur?

_____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes    ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

D.   If your answer is "NO," explain why not _____

_____

Attachment A

_____
_____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

(Initial Greivance) LEVEL 1  Filed Greivance with Medical, the Psychiatrist, Administration and all was denied.

(Then Appealed to Superintendant) LEVEL 2  Filed an Appeal greivance with entire facility's medical dept. and notified the Jmt. State Justice of the Cruel Unusual Punishment.

(3rd Level Appealed to Commissioner) LEVEL 3  Filed a Appeal Greivance with same results. Now, I'm petitioning this Honorable Court for remedies. (Appealed to the DCR Commissioner)

(Greivance is attached.)

IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes     ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.  Court:_____
        *(If federal court, name the district; if state court, name the county)*

3.  Case Number:_____

4.  Basic Claim Made/Issues Raised: _____
_____

5.  Name of Judge(s) to whom case was assigned: _____

Attachment A

6.    Disposition: _____

      *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____

8.    Approximate date of disposition.  **ATTACH COPIES**

C.    Did you seek informal or formal relief from the appropriate administrative
      officials regarding the acts complained of in Part B?      ☑ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the
      result.  If your answer is "NO," explain why administrative relief was not
      sought.

      Petitioner filed initial greivance and was denied through Medical,
      Superintendant and finally appealed and denied by the prison commissioner.
      Reported it also with Mental Health and even the Mt. State Justice.
      Even wrote Cpt. Coss and Superintendant Straughn also.

E.    Did you exhaust available administrative remedies?    ☑ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof
      of exhaustion.  If your answer is "NO," briefly explain why administrative
      remedies were not exhausted.    and appealed to all levels.

      I have filed several greivances, that have went through all
      the appropriate avenues; Medical, Administration/Warden/Superintendant,
      and the prison commissioner, all indifferently denied. (Greivances Attached)
      I have even reached out to the Facility's Psychiatrist and also the
      Mt. State Justice.

G.    If you are requesting to proceed in this action *in forma pauperis* under 28
      U.S.C. § 1915, list each civil action or appeal you filed in any court of the
      United States while you were incarcerated or detained in any facility that was
      dismissed as frivolous, malicious, or for failure to state a claim upon which
      relief may be granted.  Describe each civil action or appeal.  If there is more
      than one civil action or appeal, describe the additional civil actions or appeals
      using the same format on a separate sheet of paper which you should attach
      and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      ✳ Extra Pages number - G.b, G.c, G.d, G.e ✳

# "G.b" continue "Previously Dismissed Actions or Appeals"

1.) Parties to previous lawsuit:

Plaintiff: <u>Bowman</u> v.          (Malpractice Lawsuit)
Defendant: <u>Panepinto Law Office</u>

2.) Name and location of court and docket number:
   <u>U.S.D.C. for Northern District of W.Va. Civil Act:5:19cv231</u>
   (was NOT a 1983 Civil Action "under color of law" suit.)

3.) Grounds for dismissal: <u>Frivolous</u>/Lack of Jurisdiction over Subject Matter

4.) Approx. date for filing lawsuit: <u>Aug. 16, 2019</u>

5.) Approx. date for disposition: <u>Aug 16, 2019</u>

This above-styled civil action involves the exact same Plaintiff and exact Defendant as in the first lawsuit listed. (other Panepinto case on page G.a) Petitioner was not familiar with the types of actions and he filed duplicates involving "Panepinto" as intended Defendant; one complaint was a 1983 Civil Action (1:19cv172) and this above-styled complaint against "Panepinto" was a general lawsuit for "Malpractice". The subject-matter is the same. Petitioner did not intend to do 2 civil actions. The 1st one, the 1983 civil action Petitioner was not aware his defense attorney could not be proceeded against in that manner, so he thereafter filed the "Malpractice" one. Both were dismissed as frivolous, I think.

"G.C continued Previously Dismissed
Actions and Appeals"

Once Petitioner realized the 1983 civil action could not exist, he then quickly filed the "Malpractice" civil action. He did not know he erred in that 1983 civil action so when he was granted to proceed in forma pauperis on Civil Action No. 1:19 cv 172 he had immediately filed a motion to join Civil Action No. 5:19 cv 231 with Civil Action No. 1:19 cv 172 because of the error Petitioner realized he had made. The Motion was denied and the lawsuit dismissed for lack of jurisdiction over subject matter, frivolous.

This next and last lawsuit Petitioner filed involved all of the same subject matter and persons involved but was against the Marshall County Commission.

1.) Parties to previous lawsuit : ⓦ

Plaintiff: Bowman  v
Defendant: Marshall County Commission

2.) Name and location of court and docket number :
U.S.D.C. for Northern District of WVa. Civil Act. No. 5:19 cv 255
(This was a 1983 Civil Action "under color of law")

3.) Grounds for dismissal : Frivolous

1.) Approx. date for filing: Sept. 25, 2019
5.) Appox. date for dismissal: Sept. 25, 2019

# "(G.d) PLRA exception to Section 1915 (g)"

Petitioner's previous filings involved the same individuals and the exact subject matter and Petitioner sincerely believed that all complaints held merit. In no way did Petitioner intend to inconvenience the honorable court. Only <u>Civil Action No. 1:19 cv 172</u> Petitioner was granted permission to proceed in forma pauperis without full payment of the $350.00 filing fee and was ultimately later dismissed after preliminary review. Petitioner did pay the entire $350.00 filing fee thereafter by the arranged payment plan. And <u>ONLY two</u> of the previous filings were <u>1983 Civil Lawsuits "Under Color of Law"</u> (Only two.)

This current lawsuit at hand <u>will</u> cause the prisoner to be in <u>imminent danger of serious physical injury</u> if not permitted to proceed in this court. And potentially cause other prisoners in the future to be in imminent danger of serious physical injury if not permitted to proceed in the honorable court.

The injurous effects of medical staff purposefully denying medical treatment and often life-saving medicine in this case is likely a guarantee.

The medical staff here are literally seeing a serious medical need on their medical records, in person, and with positive urine drug tests and are deliberately refusing to administer treatment and life saving medicine.

Petitioner is certainly not the only prisoner in this State Facility that is being subjected to this cruel and unusual treatment. There is another inmate in my

"G.e PLRA exception to Section 1915 (g) "

Dorm who is experiencing this same discrimination and being deliberately denied medical treatment for his well documented Opioid Use Disorder. His name is Jon Talkington (inmate # 3415405) and on 12-03-2024 was taken up to medical by Captain Wright because a message to his attorney was intercepted where Mr. Talkington had been repeatedly informing his attorney of his contraband opioid use and trouble getting treated for his Opioid Use Disorder. And even though this Captain presented this to medical staff and brought Mr. Talkington to medical, the Nurse Practitioner Lacey Morgan and Medical Supervisor James Gray are still deliberately causing Mr. Talkington to suffer and seek dangerous contraband drugs because he has O.U.D. and cannot help it.

This also is causing prisoners to be in <u>imminent danger of serious physical injury</u> due to the dangerous effects of an individual's mental health as well. The intentionally denied medical treatment and life-saving medicine (Suboxone) may even cause someone who already suffers from mentall illness to commit suicide because they are tired of experiencing the intense withdrawal symtoms heart palpitations, severe pain, tremors, anxiety, constant diarrhea, shakes, insomnia, and hallucinations.

The costs are dramatically high if this civil action is not permitted to proceed and go forward. (Ashley v Dilworth, 147 F3d 715, 1998 U.S. App. LEXIS 13020 (8th Cir. 1998) (Imminent Danger Exception)

Attachment A

1. Parties to previous lawsuit:

   Plaintiff(s): __Bowman__ ✓

   Defendant(s): __Panepinto__

2. Name and location of court and docket number:
   __U.S.D.C. for the Northern District of WVa, Civil Action__
   __No. 1:19 cv 172, (Defendant was immune from 1983 Lawsuit)__

3. Grounds for dismissal: ☒ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: __9-6-2019__

5. Approximate date of disposition: __10-23-2019__


## V.   STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case.  Describe what _each_ defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.**  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.  **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**

(CLAIM 1:) Deliberately and Indifferently denying petitioner of medical treatment. Cruel and Unusual Punishment, Discrimination Mental Anguish, Pain and Suffering, Severe Withdrawal Symptoms.

(Supporting Facts:) ① Petitioner entered this facility in Nov. 2021 with a ② severe addiction and dependancy and brain disease acquired from a ③ serious 1997 car accident, reconstructive ankle and wrist surgeries and ④ 2 decades of pain management/opioid prescriptions. Then in 2014-2021 ⑤ sought treatment for Opioid Use Disorder at several clinics. Petitioner did ⑥ inform medical staff of this acquired brain disease upon intake on Nov. 16, 2021 ⑦ but was denied treatment. Then on 12-27-2022 Mental Health did diagnose ⑧ petitioner with Moderate/Severe Opioid Use Disorder and still no treatment. Then, ⑨ in July-2024 Nurse Lacey interviewed petitioner for Medicated Assisted Treatment but
United States District Court    ⑬    Northern District of West Virginia-2013
⑩ indifferently denied petitioner even though of my diagnosis and extensive opioid ⑪ use history and sought clinical treatment while home and free.
(Continue on next page)

*Confidential HIPAA Information Enclosed*

Only Filing Claim 1    Michael Bowman    Attachment A

(Continue Claim 1)   Supporting Facts

① Then, 2 months after initial interview for the M.A.T. Program,
② I'd spoken to Nurse Lacey about my misconstrued information and Nurse Lacey
③ checked her computer in medical, had clarified my true opioid use disorder history
④ and my repeated surgeries and opioid prescriptions for 2 decades and verbally
⑤ ~~~~~~~~~~ stated to me, in medical on Sept. 17, 2024, that she
⑥ would now contact the outside Suboxone Doctor to give him this (new) true
⑦ history information, to have me prescribed Suboxone. That was untrue.
⑧ Then, while having blood drawn on Nov. 15, 2024 I'd explained my disorder and
⑨ trouble getting treatment to nurse (Erica) and another nurse and was given a
⑩ drug screen and tested positive for Buprenorphine/Suboxone,
⑪ just as I said I would, because I have been treating
⑫ my disease with contraband Suboxone since day 1 of my arrival here
⑬ whole years with no treatment. What I was told by the nurses
⑭ was that Nurse Lacey said she wasn't who requested the drug screen
⑮ So she doesn't care. That she will STILL provide
⑯ no treatment for petitioner's disease. The Positive Drug
⑰ Screen was on Nov. 15, 2024 and has now been 17 days
⑱ and no treatment or even a reason why. (Suboxone isn't Opioid)

starts here.

Cont. Claim 1

~~Claim # 2~~

~~CLAIM: ① Nurse Lacey and Medical Supervisor James~~
~~② Gray have also indifferently denied me of my medically~~
~~③ prescribed shoes for my very deformed, very painful right~~
~~④ ankle. Cruel and Unusual Punishment, Discrimination, Mental Anguish, Pain and~~
~~⑤ Supporting Facts: In approximately 2018, Mt. Olive Correctional~~
~~⑥ Complex/Wexford Health Services prescribed shoes for my right~~
~~⑦ ankle for severe pain. I'm suppose to have a lifted right shoe~~
~~⑧ due to right leg alot shorter than left, but Wexford would only~~
~~⑨ give me regular shoes. I'd explain all of~~
~~CLAIM 5 ⑩ this to medical and that I received Disability~~
~~⑪ through Social Security due to this deformity and leg length~~
~~⑫ being dramatically shorter and still refuse to have me~~
~~⑬ looked at or treated. I am being discriminated~~
~~⑭ Supporting Facts: against solely due to my current conviction,~~
~~⑮ though wrongful, of a sex offense. Other inmates~~
~~⑯ with considerably way less of medical issues are being~~
~~⑰ treated with the M.A.T. Program and other medical aid,~~
~~⑱ But I cannot.~~

ant Claim 2

VI.  INJURY

Canceling Claim 2   Michael Bowman

## Continued Claim 1 Supporting Facts

As Petitioner has stated, he has discussed with Mental Health the refused treatment by Nurse Practitioner Lacey Morgan seemingly due to personal preference and they'd stated they were aware of the issue. That several like-complaints have been voiced to them. I was suggested to file greivance upon greivance and to file a civil lawsuit. They seemed to be convinced the denial of treatment to certain prisoners was in fact due to discrimination; whether it be that you have a sex offense or to that Nurse Lacey just doesn't like your attitude.

If getting treatment was properly and legally based off of a Standard of Care as it is required, then many inmates like myself WOULD BE getting the much needed treatment and medication afforded to them.

It's said in a current lawsuit of Taylor v. Wexford Health Services, Inc. 2024 U.S. Dist. that the Guidelines emphasize that "individuals with O.U.D. not on M.O.U.D. have a much higher risk of overdose with contraband drugs in prison and upon release if not cared for. And that a person with Moderate to Severe Opioid Use Disorder, under Wexford Guidelines should be induced onto Buprenorphine.

Petitioner has been diagnosed by this facility with Moderate/SEVERE Opioid Use Disorder. Has the

extensive medical history of multiple surgeries and 2 decades of prescriptions of opioids for pain management. Petitioner also has the extensive history beginning 2014 of receiving ο opioid use disorder treatment at multiple clinics that Medical Staff is completely aware of and is documented on this facility's computer and fully knows of my Subutex and Suboxone presc prescriptions. (Practiced Policy to Refuse the Treatment Program)

"Failing to initiate treatment of patients with untreated Opioid Use Disorder with Medicated Assisted Treatment violates Standard of Care, and treatment should not be delayed" "Failing to provide treatment for chronic and often deadly brain disease could lead to risk of overdose from contraband drugs while in prison and increases risk of relapse and fatal overdoses upon release for patients with O.U.D. untreated during prison. (Imminent danger of serious physical injury and even death)

Here, in Petitioners case, medical staff knew the very first day he arrived that he suffered severely from O.U.D.. Was even placed in medical the first night for observation for possible overdose because petitioner was high out of his mind. They did not offer treatment that day or the next on Nov. 16,20. Petitioner struggled while here, forced to seek contraband Subutex and Suboxone for his acquired brain disease and dependency from pain medication.

Then, petitioner was hopeful for long-overdo medical treatment when the M.A.T. program became more offered freely to those who needed it

within this facility and submitted a sick-call slip requesting help. I was very breifly interviewed in the jails' hallway for less than two minutes and without a standard urinalysis and had my words used against me just so that I could be denied. I did inform Nurse Lacey of my extensive and severe drug history and explained going to the Wheeling Treatment Center in 2021 just prior to being arrested. My statements were twisted and used against me out of context. It was as if you are simply interviewed to find any reason to deny you of treatment instead of interviewed to sincerely see if you need treatment.

Suboxone — Clinic. and Suboxone is an opioid.

So, even though I am documented here for having Moderate/SEVERE Opioid Use Disorder, I was denied treatment for some reason I am totally oblivious to. I explained everything I was supposed to. Even explained being on Suboxone. That was on 7-1-2024.

Then, on Sept. 17, 2024, just 2 months after that very breif interview, I was being seen in medical for my deformed, injured ankle that started all the pain pill prescriptions, and was able to speak to Nurse Lacey/Morgan about the interview and was able to confirm my true opioid use disorder history, Nurse Lacey checked her computer and stated to me that she will call the Outside Suboxone Doctor with this true, confirmed need for treatment and that the doctor was "Pro-Suboxone" so I would then get treated.

Page 14,d

That was a lie just to pacify me and get me out of medical. Nurse Mary and C.O. Weeks was a witness to this discussion in medical.

2 more months go by and I'm called to medical at 4am on Nov. 15, 2024 to have blood drawn and express to Nurse Erica and another nurse of my struggles getting treated and was later brought up for a urinalysis at 10:30am and (positive) for Buprenorphine/Suboxone "Opioids", and so I was very excited to finally get the much needed M.A.T. program and prescribed Suboxone for my brain disease and addiction only to be let down when Nurse Erica informed me that Nurse Lacey was angry that some other nurse called for the urinalysis, that she did not order it, so she still WILL NOT provide petitioner with M.A.T. or anything. (Discrimation and a Practiced Policy)

I am being teased by Nurse Lacey with the treatment and Suboxone medicine that she is so freely providing to inmates she likes and who doesn't have a sex offense such as I do.

This truly is the reason I am being denied medical treatment. Nothing else. I am not guilty of these offenses I'm being discriminated over. Judge David Hummel dismissed and expunged them in 2021 but prosecution, once again, lied to the court and his rulings were prohibited. Now, I have to suffer Cruel and Unusual Punishment in the form of teasing petitioner with treatment

Page 14. e

and Suboxone medicine he so dearly and sincerely needs.

Petitioner was only a kid, 17 yrs old when he broke his ankle and wrist and had to have multiple reconstructive surgeries and decades of pain pills. Petitioner only smoked marijuana up until that point of his life, which caused him to turn to other hard drugs.

Petitioner only wants the same treatment and help for this acquired progressive brain disease. He did not want to file a lawsuit or inconvenience the court or anyone else.

Petitioner informed this facility and medical of his affliction the 1st day, was interview for this considerably late for his disease but was hopeful to finally get treated, just to be judged for his sex offense, and not for his needs and intentionally neglected help and medicine, then, teased further with the drug test for to again finally get help, to AGAIN shot down. Denied treatment again.

Petitioner is suffering beyond any discription he can voice. I pray this Honorable Court will step in and allow this civil action to be heard by a jury. Petitioner completely deserves to be treated like a human being.

Thank You,

*Michael Bowman*

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CATHERINE HORVATH
Northern Regional Jail and Correctional Facility
112 Northern Regional Correctional Drive
Moundsville, West Virginia 26041
My Commission Expires Oct. 13, 2027

Page 14, f

<u>Cont. Compaint Details</u>    <u>Pg. 6</u>

<u>Defendant James Gray</u> is the head of the medical staff and is Nurse Practitioner Lacey Morgan's Superviser and Mr Gray is guilty of violating petitioner's rights by failing to train, approves of Lacey Morgan's indifferent and discrimatory denial of medical treatment. Mr. Gray has to answer all greivances and is perfectly fine with this cruel and unusual treatment/punishment. Mr. Gray answers to petitioner's criminal attorney's inquirys of why petitioner is not receiving treatment for his O.V.I.O. and has not attempted to correct these serious issues. <u>8th Amend. & 14th Amend. Violations.</u>

<u>Defendant Wexford Health Service</u> is whom the State of West Virginia delegates to for adequate medical treatment according to the U.S. and WVa. Constitutions requirement to provide this medical treatment to its inmates and prisoners. 8th Amend. Violations, <u>14th Amendment Violations</u>

<u>Defendant Northern Regional Jail</u> is guilty of violating petitioner's Const. rights by hiring the Wexford Health Service and its state employees. 8th Amend. Violations & 14th Amend. Violations.

<u>The WV Dept. of Corrections and Rehabilitation</u> have failed to train and are responsible for its employees violations of inmates rights. <u>8th Amend & 14th Amend Violations</u> <u>Violations of Title II of ADA and of the Rehabilitations Act.</u>

Page. 14, 6

Page 7

## Closing Argument

It is clear from Petitioner's Medical Records from this Facility that he has O.U.D.. That, in fact this Facility's Mental Health diagnosed Petitioner with Moderate/Severe Opioid Use Disorder. It is clear from the same medical records that petitioner has a very painful and deformed right ankle and wrist that has endured multiple reconstructive surgeries due to his 1997 car accident. That Petitioner has had decades of pain medications prescribed because of. Petitioner was even classified as being Disabled due to his injuries and began collecting SSI/SSA SSD beginning in 2012 - still disabled. It is also clear and recorded Petitioner sought treatment for his acquired O.U.D. in 2014 at the Roots and Harmony Suboxone Clinic in Wheeling, the Mingo Junction Subutex Clinic, a Clinic in Pennsylvania and then lastly the Wheeling Treatment Center in Dallas Pike, WV before this incarceration in 2021; All from 2014-2021.

"Discrimination" is the obvious reason that Medical has been indifferently and deliberately have been denying Petitioner treatment for either Discrimination of having a Sex Offense(or) Discrimination for even becoming an Addict for Opioids, OR Both. Its apparent that from Petitioner's Medical Records and from his November 15, 2024 10:45am Drug Urinalysis (that tested positive for Buprenorphine/an Opioid) that he suffers from a disability and medically diagnosed ailment and that Wexford Health Services,

Page 8

the WVa Division of Corr. and Rehab., Medical Supervisor James Gray and Nurse Practitioner Lacey Morgan are most definitely are <u>discriminating</u> against Petitioner and <u>Deliberately and Indifferently</u> selecting to deny the much needed and medically necessary treatment and Suboxone Medicine from the Petitioner.

To exactly what issue of discrimination the Defendants are basing their violations of Petitioner's Rights should be presented to a jury to determine.

Petitioner believes he has sufficiently pleaded a case to show the Defendants have acted <u>unlawfully</u> and have deliberately violated his 8th and 14th amendments rights. That the allegations laid out in this civil action ~~are all true~~ are true and accurate and are not mere speculations. That the Exhibits attached are evidence of these intentional violations. Petitioner will show sufficient evidence to a jury of the Defendant's unlawfulness.

Petitioner has sufficiently shown (1) They have a Disability (2) they are qualified to receive benefits of a public service, program, or activity; and (3) they were denied benefits of such service, program and activity, due to Discrimination on the basis of his Disability.

Petitioner can show that other inmates and prisoners so freely and easily obtain the same medical care and needed medicine that Petitioner is suffering and harmed without.

Petitioner is also in <u>Imminent Danger of Serious Physical Injury</u> due to the use of <u>contraband opioids</u> because he cannot receive treatment and medicine for his O.U.D. ailments.

## Page 9

Today on Dec. 6, 2024 Petitioner received his 4th Greivance back in which he greives the Nov. 15, 2024 positive for opioids/Suboxone urine drug test and how Petitioner has still not received treatment or medicine for and the Supervisor of Medical James Gray simply writes as his Response "Already Answered on greivance no. 24-NRJ-B3-0179A." Even though the Petitioner is informing him that; a prisoner is actively self-medicating opioids, within the Division of Corrections and Rehabilitation, with contraband Suboxone, because he has not been able to attain treatment and permitted medication for his well-documented injuries, surgeries and his acquired Opioid Use Disorder from these 1997 surgeries and decades of pain medication.

Though an inmate B. Dunn, without a sex offense, from the same dorm I am in, goes to medical over his knee brace and just simply asks to be prescribed Suboxone and Nurse Lacey Morgan so freely and quickly gives it to him. I have all of the records and a positive urinalysis and have been suffering for 3 years and when Nurse Lacey Morgan and Supervisor James Gray find out Petitioner has been and still is self-medicating with contraband Suboxone they say "So, what!" (Imminent Danger of Serious Physical Injury/Possibly Death)

I've also attached a letter from the Mt. State Justice's Leslie Nash in which she informs me she has been trying to contact the Division of Corr. and Rehabilitation without success and to ask me to keep her informed concerning the positive urinalysis and if treatment is finally given.

## Page 10

I will be writing Ms. Nash after I write this lawsuit to inform her that Supervisor James Gray <u>responded back in the negative</u> and give her a copy of ~~his~~ the greivance also in which he wrote "Already Answered in Greivance No. 24-NRJ B3-0179A" when I informed him that a positive urine drug test was given.

Nurse Lacey Morgan and Supervisor James Gray had ultimately said "We don't care you have Opioid Use Disorder or that you're using Contraband opioids in prison or that you failed a drug test for contraband Suboxone. We're STILL NOT TREATING YOU!" "<u>Go ahead and overdose.</u>"

The dangers implemented here are shocking, unconstitstional, cruel, and immoral and unethical. Petitioner and other prisoners are at risk of <u>imminent danger of serious physical injury</u>. I beg this Honorable Court to permit this case to move forward. It is needed, sincerely and desperately.

Respectfully,

Michael Bowman
#3513672
112 N. Regional Dr.
Moundsville, WV 26041

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

① I have suffered mentally and physically because of this
② denial of medical treatment. 3 years of mental anguish because
③ of my acquired brain disease and intentional denial of treatment.
④ ~~My ankle stays swollen and very painful due to medical shoe~~

VII.    RELIEF    Has experienced repeated withdrawals for 3 yrs now.    ⑤ ~~refusal~~

State **BRIEFLY and EXACTLY** what you want the Court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

① I would like to be treated with the same care as any other
② inmate and given M.A.T. ~~would love to have my~~
③ ~~mandatory/medically needed lifted/fitted shoes to fix my condition.~~
④ And monotary compensation for being forced to endure
⑤ mental anguish and pain and suffering, purposefully due to my
⑥ current legal status, of approximately $100,000 dollars, from each Defendant

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Northern Regional Jail     on  12-10-2024                      .
            (Location)                          (Date)

                        Michael D. Bowman
                        Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Michael Daniel Bowman

_____
*Your full name*

v.                                          Civil Action No.: _____

Wexford Health Services,
~~Nurse Lacey~~, James Gray,
Northern Regional Jail
Nurse Lacey Morgan and the W.Va. Dept. of Corrections and Rehabilitations
*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Michael Daniel Bowman (your name here), appearing *pro se*, hereby certify that

I have served the foregoing Civil Action 42 USC § 1983 (title of document

being sent) upon the defendant(s) by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the defendant(s) on

12-10-2024 (insert date here):

(List name and address of counsel for defendant(s))

Michael D Bowman
_____
(sign your name)